# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILL VIKRAM,<br><br>  Petitioner,<br><br>  v.<br><br>DAVID W. JENNINGS, Field Office Director, San Francisco Field Office, United States Immigration and Customs Enforcement, et al.,<br><br>  Respondents. | No. 1:18-cv-01733-SKO (HC)<br><br>**ORDER DIRECTING RESPONDENT TO FILE SUPPLEMENTAL RESPONSE BY APRIL 25, 2019** |

Petitioner, Gill Vikram, filed a petitioner for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "petition") on December 26, 2018.[1] Petitioner challenges his detention by Immigration and Customs Enforcement ("ICE").

Petitioner alleges his detention is unlawful because ICE is unable to effectuate his removal to India in the foreseeable future. Petitioner has been in custody since April 20, 2018, and was ordered removed by an Immigration Judge on May 17, 2018. Petitioner did not challenge the removal order.

---

[1] Pursuant to 28 U.S.C. § 636(c)(1), both parties consented, in writing, to the jurisdiction of a United States Magistrate Judge to conduct all further proceedings in this case, including the entry of final judgment.

ICE cannot detain non-citizens indefinitely while attempting to carry out removal of the non-citizen from the United States. *Zadvyas v. Davis*, 533 U.S. 678, 700-01 (2001). The Supreme Court has recognized six months as a presumptively reasonable period to allow the government to accomplish a non-citizen's removal. *Id*. at 701.

Here, Respondent admits that Petitioner has been in detention more than the six month "presumptively reasonable period," and asks the Court for additional time to obtain Petitioner's travel documents.

ACCORDINGLY,

1. Respondent is DIRECTED to file a supplemental response by April 25, 2019, showing cause why the petition should not be granted.
2. Petitioner may file a reply to the supplemental response within 14 days of receipt of the supplemental response.

IT IS SO ORDERED.

Dated: **March 27, 2019**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE